# United States District Court
## Violation Notice

**CVB Location Code:** MI40

**Violation Number:** 6512133
**Officer Name (Print):** G. BROWN
**Officer No.:** 548

6512133

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/05/2019 11:00
**Offense Charged:** ☑ CFR ☐ USC ☐ State Code
41 CFR 102-74.390

**Place of Offense:** 10201 West 7 Mile Rd

**Offense Description: Factual Basis for Charge:** Disorderly Conduct

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** (    )    -
**Last Name:** Berry
**First Name:** Lawrence
**M.I.:** E
**Street Address:** 18625 Northlawn
**City:** Detroit
**State:** MI
**Zip Code:** 48221
**Date of Birth (mm/dd/yyyy):** 09/03/1969
**Drivers License No.:** B600488237680
**CDL:** ☐
**D.L. State:** MI
**Social Security No.:** 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

☑ Adult  ☐ Juvenile   **Sex:** ☑ Male ☐ Female   Hair   Eyes   Height   Weight

### VEHICLE   VIN:                                              CMV ☐

Tag No.   State   Year   Make/Model   PASS ☐   Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250.00   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 12/16/2019 14:12